# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRANE LEE WHITE,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID BAUGHMAN, WARDEN<br><br>        Respondent. | Case No. CV 19-1306 DOC (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: January 13, 2020

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE