1
2
3
4
5                                                    JS-6
6
7
8
9          **IN THE UNITED STATES DISTRICT COURT**
10        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13   TYRANE LEE WHITE,                    Case No. CV 19-1306 DOC (MRW)
14                  Petitioner,
15          v.                            JUDGMENT
16   DAVID BAUGHMAN, Warden
17                  Respondent.
18
19
20        Pursuant to the Order Accepting Findings and Recommendations of
21   the United States Magistrate Judge,
22        IT IS ADJUDGED that the petition is denied and this action is
23   dismissed with prejudice.
24
25   DATE: _January 13, 2020_          _____
                                        HON. DAVID O. CARTER
26                                      UNITED STATES DISTRICT JUDGE
27
28